IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 08-80233 MISC VRW

**ORDER TO SHOW CAUSE**

Gloria Margaret Gong - #163418

_____/

It appearing that Gloria Margaret Gong has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, she may not practice law in the State of California effective September 8, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why she should not be suspended from practice before this court, pending further notice from the State Bar of California, that her status has been activated.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gloria Margaret Gong
Law Office of G. Gong
P.O. Box 1168
Bakersfield, CA 93302