**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                               No CV-08-80233 MISC VRW

Gloria Margaret Gong,                           ORDER

    State Bar No 163418

_____/

    On November 24, 20008, the court issued an order to show cause (OSC) why Gloria Margaret Gong should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Business and Professions Code Section 6007 as inactive, effective September 8, 2008.

    The OSC was mailed to Ms Gong's address of record with the State Bar and returned by the post office as undeliverable. No response to the OSC has been filed.

    The court now orders Gloria Margaret Gong removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Gloria Margaret Gong,

_____/

Case Number: C 08-80233   MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gloria Margaret Gong
Law Office of G. Gong
P.O. Box 1168
Bakersfield, CA 93302

Dated: January 26, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*